UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

Order Filed on July 25, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

Paula S. Benitez,

Case No.: 19-22585

Chapter: 13

Hearing Date: 7 / 24 / 2019

Judge: SLM

## ORDER TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: July 25, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor:             Paula S. Benitez
Case No.:           19-22585-SLM
Caption of Order:   Order to Extend the Automatic Stay

This matter having come before the Court by motion of Donald C. Goins Esq., attorney for the debtor, Paula S. Benitez, for entry of an Order Extending the Automatic Stay and, for good cause it is

HEREBY ORDERED that:

The Debtor's Automatic Stay is hereby extended against all interested parties.

_____
~~Honorable Judge Stacey L. Meisel, U.S.B.J.~~