Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22585−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Paula S Benitez
681 East Grand Avenue
Rahway, NJ 07065

Social Security No.:
xxx−xx−3874

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/26/20 at 10:00 AM

to consider and act upon the following:

*35* − Application for Extension of Loss Mitigation Period. Filed by Donald C. Goins on behalf of Paula S Benitez. Objection deadline is 2/7/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Goins, Donald)

*36* − Objection to Application for Extension of Loss Mitigation (related document:35 Application for Extension of Loss Mitigation Period. Filed by Donald C. Goins on behalf of Paula S Benitez. Objection deadline is 2/7/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Paula S Benitez) filed by Denise E. Carlon on behalf of Lakeview Loan Servicing, LLC. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

Dated: 2/5/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court