Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22585−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paula S Benitez
  681 East Grand Avenue
  Rahway, NJ 07065

Social Security No.:
  xxx−xx−3874

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 8, 2022.

Dated: June 9, 2022
JAN: rah

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-22585-SLM |
| Paula S Benitez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 09, 2022 | Form ID: plncf13 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paula S Benitez, 681 East Grand Avenue, Rahway, NJ 07065-5705 |
| 518320446 | | CAPITAL ONE BANK (USA), N.A., c/o Lyons, Doughty and Veldhuis,, 136 Gaither Dr Ste 100, Mount Laurel, NJ 08054-1725 |
| 518344813 | | H.U.D., 451 7th Street SW, Washington, DC 20410-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518320444 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 09 2022 20:41:00 | BANK of Ameica, PO Box 982238, El Paso, TX 79998-2238 |
| 518320445 | | Email/Text: Bankruptcy@mjrf.com | Jun 09 2022 20:41:00 | Bank Of America, N.A. / FIA Card Service, 6851 Jericho Tpke-Ste 220; P.O. Box 9036, C/O Mullooly, Jeffrey, Rooney & FlynnLLP, Syosset, NY 11791-9036 |
| 518402087 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 09 2022 20:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518320446 | | Email/Text: BKNotice@ldvlaw.com | Jun 09 2022 20:41:00 | CAPITAL ONE BANK (USA), N.A., c/o Lyons, Doughty and Veldhuis,, 136 Gaither Dr Ste 100, Mount Laurel, NJ 08054-1725 |
| 518348568 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 09 2022 20:46:20 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518320448 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 09 2022 20:41:00 | IRS, PO Box 37004, Hartford, CT 06176-7004 |
| 518320447 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 09 2022 20:46:05 | Chase Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 518405934 | + | Email/Text: camanagement@mtb.com | Jun 09 2022 20:42:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, Attn: Payment Processing, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 518320449 | | Email/Text: camanagement@mtb.com | Jun 09 2022 20:42:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 518443659 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 20:46:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518323451 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 20:46:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518343831 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 09 2022 20:46:15 | U.S. Department of Housing, and Urban |

Development, U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Lakeview Loan Servicing LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Paula S Benitez dcgoins1@gmail.com G25787@notify.cincompass.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Lakeview Loan Servicing LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6