Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22585−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Paula S Benitez
　681 East Grand Avenue
　Rahway, NJ 07065

Social Security No.:
　xxx−xx−3874

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

　　You are hereby notified that the above−named case will be closed without entry of discharge on or after September 8, 2022 for the reason(s) indicated below.

☑　Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐　Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐　Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐　Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: August 9, 2022
JAN: smz

　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Paula S Benitez  
    Debtor

Case No. 19-22585-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 09, 2022      Form ID: clsnodsc      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paula S Benitez, 681 East Grand Avenue, Rahway, NJ 07065-5705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2022 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2022 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian E Caine  
     on behalf of Creditor Lakeview Loan Servicing  LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon  
     on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 09, 2022 | Form ID: clsnodsc | Total Noticed: 3 |

Donald C. Goins
    on behalf of Debtor Paula S Benitez dcgoins1@gmail.com G25787@notify.cincompass.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor Lakeview Loan Servicing  LLC rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6